No. 10–1195. MIMS *v.* ARROW FINANCIAL SERVICES, LLC. C. A. 11th Cir. Certiorari granted.

No. 10–1219. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, PATENT AND TRADE-MARK OFFICE *v.* HYATT. C. A. Fed. Cir. Certiorari granted.

No. 10–224. NATIONAL MEAT ASSN. *v.* HARRIS, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Motion of American Association of Swine Veterinarians et al. for leave to file a brief as *amici curiae* granted. Certiorari granted.

No. 10–1259. UNITED STATES *v.* JONES. C. A. D. C. Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether the government violated respondent's Fourth Amendment rights by installing the GPS tracking device on his vehicle without a valid warrant and without his consent."

No. 10–1261. CREDIT SUISSE SECURITIES (USA) LLC ET AL. *v.* SIMMONDS. C. A. 9th Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 10–1265. MARTEL, WARDEN *v.* CLAIR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–1293. FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* FOX TELEVISION STATIONS, INC., ET AL. and FEDERAL COMMUNICATIONS COMMISSION ET AL. *v.* ABC, INC., ET AL. C. A. 2d Cir. Certiorari granted limited to the following question: "Whether the Federal Communications Commission's current indecency-enforcement regime violates the First or Fifth Amendment to the United States Constitution." JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.